UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAME, LLC d/b/a CAFÉ CENTRO, and     :
PATINA RESTAURANT GROUP, LLC,     :     **12 Civ. 1684 (RWS)**
    :
             Petitioners,     :
    :
      -against-     :     **DECLARATION OF**
    :     **LOUIS PECHMAN**
MISHI POPOVICH, SANDRA AGUILERA,     :
BRENDAN CASEY, JOHAN MESTANZA,     :
DAVID HEWETSON, SAMUEL CUEVAS, and     :     **ECF CASE**
BONNIE WICKERAAD, on behalf of themselves     :
and all others similarly situated,     :
    :
             Respondents.     :
------------------------------------------------------------------X

LOUIS PECHMAN, an attorney duly admitted to practice in the Southern

District of New York, declares the following under penalty of perjury:

      1.      I am a partner in the law firm of Berke-Weiss & Pechman LLP, attorneys

for respondents Mishi Popovich, Sandra Aguilera, Brendan Casey, Johan Mestanza,

David Hewetson, Samuel Cuevas, and Bonnie Wickeraad, (collectively, the

"Respondents"). As such, I am fully familiar with the facts and circumstances herein.

      2.      I submit this declaration in support of Respondents' Memorandum of

Law in Opposition to Petitioners' Petition/Motion to Vacate the Arbitrator's Partial

Final Award on Clause Construction, dated February 6, 2012. Attached hereto as

Exhibit A is a true and correct copy of the Arbitrator's Partial Final Award on Clause

Construction (the "Award").

      3.      The Award was issued by an Arbitrator proposed by Petitioners after

Petitioners moved to compel arbitration in the first instance.

4.     Attached hereto as Exhibit B is a true and correct copy of Respondents'
Complaint against Petitioners, Case No. 11 Civ. 0680, filed January 31, 2011 in the
United States District Court for the Southern District of New York.

5.     Attached hereto as Exhibit C is a true and correct copy of Petitioners'
Memorandum of Law in Support of Motion to Dismiss and to Compel Arbitration,
dated May 20, 2011.

6.     Attached hereto as Exhibit D is a true and correct copy of Respondents'
Rule 41(a)(1) Notice of Dismissal Without Prejudice, dated July 1, 2011.

7.     Attached hereto as Exhibit E is a true and correct copy of the joint
stipulation entered into between the parties to this action, dated September 23, 2011 (the
"Stipulation").

8.     Attached hereto as Exhibit F is a true and correct copy of Petitioners'
Memorandum of Law in Support of Their Motion for a Threshold Clause Construction
Award Compelling Each Named Claimant to Individually Arbitrate His or Her Claims,
dated October 31, 2011.

9.     Attached hereto as Exhibit G is a true and correct copy of Respondents'
Memorandum of Law in Support of Their Motion For a Threshold Clause Construction
Award in Support of Collective and Class Arbitration, dated November 18, 2011.

10.    Attached hereto as Exhibit H is a true and correct copy of Petitioners'
Reply Memorandum of Law in Support of Their Motion for a Threshold Clause
Construction Award Compelling Claimants to Individually Arbitrate Their Claims,
dated December 23, 2011.

11.    Attached hereto as Exhibit I is a true and correct copy of Respondents'
Sur-Reply Memorandum in Support of Their Motion For a Threshold Clause

Construction Award in Support of Collective and Class Arbitration, dated January 17,

2012.

12.     Attached hereto as Exhibit J is a true and correct copy of Petitioners'

Memorandum of Law in Response to Individual Claimants' Sur-Reply, dated January

25, 2012.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:  New York, New York
         March 21, 2012

LOUIS PECHMAN

TO:     Jonathan Stoler
        Eric Raphan
        Sheppard, Mullin, Richter & Hampton LLP
        30 Rockefeller Plaza
        New York, New York 10112
        (212) 653-8700
        *Attorneys for Petitioners*